United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KANAP LLC, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-03285-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since July 12, 2021.  ECF No. 13.  Pursuant to General Order 56, the Parties' notice of need for mediation was due on September 21, 2021.  General Order 56 ¶ 9.  No such notice was filed.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge