# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-03285-BLF |
| Plaintiff, | |
| v. | **SECOND ORDER TO SHOW CAUSE** |
| KANAP LLC, et al., | |
| Defendants. | |

This Court previously issued an order to show cause why this case should not be dismissed for failure to prosecute after no filings were made for three-and-a-half months and the parties missed a deadline to file the notice of need for mediation. ECF No. 14. This Court discharged the order to show cause on November 16, 2021 after Plaintiff stated that the parties were promptly scheduling a settlement meeting and assured the Court that the parties were diligently complying with General Order 56. ECF Nos. 16, 17. No filings have been made in this case since that date.

Plaintiff is accordingly ORDERED TO SHOW CAUSE, in writing, **on or before July 1, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 16, 2022

BETH LABSON FREEMAN
United States District Judge