UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KANAP LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-03285-BLF<br><br>**ORDER VACATING DATES, REQUIRING STIPULATION OF DISMISSAL OR STATUS REPORT IN 60 DAYS, AND CLOSING CASE FOR ADMINISTRATIVE PURPOSES IN LIGHT OF NOTICE OF SETTLEMENT** |

Plaintiff has filed a notice of settlement, stating that the parties have reached a conditional settlement in this case. ECF No. 29. Plaintiff requests that the Court vacate all currently set dates and states that the Court can expect a stipulation of dismissal within 60 days. *Id.*

Plaintiff's request is GRANTED. All pending dates are VACATED and the parties SHALL file a stipulation of dismissal or status report within 60 days. The Clerk SHALL close the case for administrative purposes only.

**IT IS SO ORDERED.**

Dated: November 7, 2022

_____
BETH LABSON FREEMAN
United States District Judge