|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Claire Cylkowski, Esq. (SBN 335352)<br>100 Pine St., Ste 1250 |
| 3 | San Francisco, CA 94111<br>(858) 375-7385 |
| 4 | (888) 422-5191 fax<br>clairec@potterhandy.com |
| 5 | Attorneys for Plaintiff |
| 6 | Jagdeep Hansra (SBN: 280689) |
| 7 | jh@ej-law.com<br>Enedina Cardenas (SBN: 276856) |
| 8 | ec@ej-law.com<br>HANSRA CARDENAS LLP |
| 9 | 19925 Stevens Creek Blvd, Suite 100<br>Cupertino, CA 95014 |
| 10 | Telephone: (408) 475-7454<br>Fax: (415) 295-5313 |
| 11 | Attorneys for Defendants<br>ROYAL TAJ, INC. and KANAP LLC |

**APPROVED**
*[signature]*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON | Case: 5:21-cv-03285-BLF |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| KANAP LLC, a California Limited Liability Company;<br>ROYAL TAJ, INC., a California Corporation | |
| Defendants. | |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 5, 2023        CENTER FOR DISABILITY ACCESS

                                      By: /s/ Claire Cylkowski
                                               Claire Cylkowski
                                               Attorneys for Plaintiff

Dated: January 5, 2023        HANSRA CARDENAS LLP

                                      By: /s/ Jagdeep Hansra
                                             Jagdeep Hansra
                                             Enedina Cardenas
                                             Attorneys for Defendants
                                             ROYAL TAJ, INC. and KANAP LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jagdeep Hansra, counsel for ROYAL TAJ, INC. and KANAP LLC, and that I have obtained Mr. Hansra's authorization to affix his electronic signature to this document.

Dated: January 5, 2023         CENTER FOR DISABILITY ACCESS

                               By: /s/ Claire Cylkowski
                                   Claire Cylkowski
                                   Attorneys for Plaintiff